## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

JESUS MARTI NAVARRO,
   Plaintiff,

v.

   Civil No. 96-1653 (HL)

UNITED STATES OF AMERICA, ET AL.,
   Defendants.

### JUDGMENT

The Court having issued an Opinion and Order on this same date, judgment is hereby entered dismissing this case with prejudice.

In San Juan, Puerto Rico
This 14th day of June, 2000

_____
HECTOR M. LAFFITTE
Chief United States District Judge




AO 72
(Rev 8/82)