RT-110597

CR-32

# IN THE UNITED STATES DISTRICT COURT
For The District of Puerto Rico

| | |
|---|---|
| JESUS MARTI NAVARRO<br>**Plaintiff** | Civil No.: 96-1653 (HL) |
| vs. | |
| UNITED STATES OF AMERICA; JANET RENO, Attorney General; DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION; LOUIS J. FREEH, Director; RICHARD D. SHWEIN, Former Special Agent In Charge, San Juan Division, In His Individual and Official Capacity; HECTOR M. PESQUERA, Special Agent in Charge, San Juan Division<br>**Defendant** | |



## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

    **COMES NOW** plaintiff, through the undersigned attorneys, and respectfully alleges and prays as follows:

    1. On June 15, 2000, the U.S. District Court for the District of Puerto Rico, through Héctor M. Laffitte, U.S. District Judge in the case of caption, rendered an opinion and order dismissing the above-captioned case with prejudice.

    2. The judgment was entered on June 15, 2000.

    3. Notice is hereby given that plaintiff Jesús Martí-Navarro appeals to the United States Court of Appeals for the First Circuit the above-mentioned decision of this Court entered on June 15, 2000.

2

**I DO HEREBY CERTIFY** that I have on this 11th day of August, 2000 served the copy of the foregoing Notice by certified mail # 7099 3400 0018 5945 1050 to **Fidel A. Sevillano del Río**, Assistant U.S. Attorney, Room 452, Federal Building, Carlos Chardón Street, San Juan, Puerto Rico.

In San Juan, Puerto Rico, this 11th day of August, 2000.

DEMETRIO FERNANDEZ
MELVA A. QUINTANA
Vick Center, Suite A-402
867 Avenida Muñoz Rivera
San Juan, Puerto Rico 00925
Tel. (787) 753-8172, Fax 753-0125

*Demetrio Fernández*

DEMETRIO FERNANDEZ
USDC-PR 112801